FILED

2005 Feb-01  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

CONTINENTAL CASUALTY COMPANY,         )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )         Case No. 3:04-cv-2595-TMP
                                      )
K & D ERECTORS, INC.,                 )
                                      )
          Defendant.                  )

MEMORANDUM OPINION

The magistrate judge filed his Report and Recommendation in this action on

January 3, 2005, recommending that default judgment be entered in favor of the

plaintiff due to the defendant's failure to answer or otherwise respond to the

complaint served upon it on September 3, 2004.  Even though the defendant was in

default, a copy of the report and recommendation was mailed to the address at which

the defendant was served.  To date, no objections to the report and recommendation

have been filed by any party.

Having now carefully reviewed and considered *de novo* all materials in the

court file, including the plaintiff's motion for default judgment, its supporting

affidavits, and the report and recommendation of the magistrate judge, the court finds

that the report is due to be and hereby is ADOPTED and the recommendation is
ACCEPTED. Accordingly, by separate judgment, the court fill entered a final default
judgment against the defendant in the amount of SIX HUNDRED TWO THOUSAND
FIVE HUNDRED SEVENTY-FOUR AND 31/100 ($602,574.31) DOLLARS, plus
the costs of this action.

      DONE this 1st day of February, 2005.


                    INGE PRYTZ JOHNSON
                    U.S. DISTRICT JUDGE